# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Vitalii Antonenko<br><br>*Defendant(s)* | Case No. 19-MJ-4153 (DHH) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 2014 through January 2016** in the county of **Middlesex** in the **_____** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1956(h) | (money laundering conspiracy) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT OF SENIOR SPECIAL AGENT PETER GANNON

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Peter Gannon, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/26/2019

_____
*Judge's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, Chief U.S.M.J.
*Printed name and title*