AO 442 (Rev 11/11) Arrest Warrant

FILED
IN CLERKS OFFICE

2019 MAR -5 PM 2:06

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vitalii Antonenko | ) Case No. 19-MJ-4153 (DHH) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2019 MAR -1 P 1:27

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) (money laundering conspiracy)

Date: 02/26/2019

_____
*Issuing officer*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

WARRANT EXECUTED BY U.S.S.S. NY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT. 3/4/19

_____ *Arresting officer's signature*

_____ *Printed name and title*