AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MA

UNITED STATES

V.

VITALII ANTONENKO

## EXHIBIT AND WITNESS LIST

Case Number: 19-4153-DHH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Kosto | Sapone |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/5/2019 | 2:00 PM | Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | |
| X | | 4/5/2019 | | | S. Vasilyev |
| | X | | | | Liana Antonenko |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 4/5/2019 | | X | US Passport |
| 2 | | 4/5/2019 | | X | Computer page on laptop |
| 3 | | 4/5/2019 | | X | Photo of Iphone XR |
| 4 | | 4/5/2019 | | X | Photo of Laptop Screen |
| 5 | | 4/5/2019 | | X | Screen Capture of desk top computer |
| 6 | | 4/5/2019 | | X | Encrypted Version of Credit Card number, name & address |
| 7 | | 4/5/2019 | | X | Credit card date and personal identifying information |
| 8 | | 4/5/2019 | | X | Directory from computer/storage device |
| 9 | | 4/5/2019 | | X | Continuation of directory in exhibit 8 |
| 10 | | 4/5/2019 | | X | Payment information and personal identifiers for residents in Bolivia |
| 11 | | 4/5/2019 | | X | Results of Information for email accounts |
| 12 | | 4/5/2019 | | X | Personal information for government email accounts |
| 13 | | 4/5/2019 | | X | Results of Information dump |
| 14 | | 4/5/2019 | | X | Tiffanysul-file |
| 15 | | 4/5/2019 | | X | Photographs of media and computer equipment taken from defendant |
| 16 | | 4/5/2019 | | X | US Secret Service-Card Catalog |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | VITALII ANTONENKO | CASE NO. 19-4153-DHH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 4/5/2019 | | X | Form 1040 for Tax year 2011 |
| 18 | | 4/5/2019 | | X | Form 1099 for Tax year 2011 |
| 19 | | 4/5/2019 | | X | Form 1099 for Tax year 2012 |
| 20 | | 4/5/2019 | | X | Platinum Business Checking for Ms. Tetley |
| 21 | | 4/5/2019 | | X | Wells Fargo Checking account for Ms. Antonenko |
| 22 | | 4/5/2019 | | X | Bank of America Deposit Slips |
| 23 | | 4/5/2019 | | X | JP Morgan Account for Liana & Vitalii |
| 24 | | 4/5/2019 | | X | TD Bank Account of Liana, August 2014 |
| 25 | | 4/5/2019 | | X | Citibank Account of Liana |
| | 26 | 4/5/2019 | | X | Document #'s 22 & 23 from docket 19-mj-4153-DHH |