JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** USSS

**City** Woods Hole, MA    **Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 19-MJ-4153 (DHH)
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Vitalii Antonenko    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Sabe," "Sabeseller"

Address: (City & State) New York, NY

Birth date (Yr only): 1991   SSN (last4#): ____   Sex: M   Race: W   Nationality: USA

Defense Counsel if known: Edward Sapone, Esq.    Address: Sapone & Petrillo LLP

Bar Number: _____    One Penn Plaza, 53rd Fl., NY, NY 10019

**U.S. Attorney Information:**

AUSA: Seth B. Kosto    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** _____

☑ Already in Federal Custody as of 03/02/2020 in Wyatt Detention Center
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/20/2020    Signature of AUSA: /s/

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Vitalii Antonenko

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to gain unauthorized access and to traffic in access devices | 1 |
| Set 2 | 18 USC 1956(h) | Money laundering conspiracy | 2 |
| Set 3 | 18 USC 981(a)(1)(C) | Conspiracy asset forfeiture | N/A |
| Set 4 | 18 USC 982(a)(1) | Money laundering asset forfeiture | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____